May Term,
1858.

DRONBERGER
v.
MURPHY.

The judgment is affirmed with costs.

*H. W. Chase* and *J. A. Wilstach,* for the appellants.

*E. H. Brackett,* for the appellee.

(1) *Post,* 342.

---

## THE INDIANAPOLIS AND CINCINNATI RAILROAD COMPANY
### v. WILLIAMS.

*Tuesday,
June 1.*

---

## DRONBERGER v. MURPHY.

*Tuesday,
June 1.*

APPEAL from the *Bartholomew* Circuit Court.

*Per Curiam.*—Complaint on note.   Answer.   Demurrer
to answer sustained.   Refusal to answer further.   Final
judgment for plaintiff.   No exception taken.

The judgment is affirmed with costs (1).

*M. M. Ray* and *T. A. McFarland,* for the appellant.

*W. F. Pidgeon,* for the appellee.

(1) See *Jolly* v. *The Terre Haute Drawbridge Co.,* 9 Ind. R. 417, 421.*